# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

JENNIFER L. MARCUM,         :          Case No. 2:24-cv-2645

    Petitioner,

- vs -                                  District Judge Edmund A. Sargus, Jr.
                                           Magistrate Judge Michael R. Merz

WARDEN, Ohio Reformatory for
  Women,

                                           :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 34) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, Petitioner's Motion for Reconsideration (ECF No. 33) is DENIED and the case remains TERMINATED on the docket.

August 28, 2025.

                                                             s/Edmund A. Sargus, Jr.
                                               District Judge Edmund A. Sargus, Jr.
                                                   United States  District Court